IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH SOMERS

      Petitioner,                    No. CIV S-05-1454 LKK DAD P

      vs.

TERESA A. SCHWARTZ, Warden,

      Respondent.              ORDER

_____/

      Petitioner, a state prisoner proceeding through counsel, has filed a first amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This court previously granted petitioner sixty days leave to file an amended petition on a standard habeas petition form.  Petitioner has failed to use the standard habeas petition form provided by the court.  Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form.  Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.  Petitioner's first amended petition for writ of habeas corpus will be dismissed with leave to amend.

      Petitioner has also submitted a motion to file supplemental points and authorities and submitted the supplement.  The court will deny the motion as unnecessary because the court

1

1  is granting petitioner leave to file a second amended petition in which petitioner may incorporate
2  his additional points and authorities.
3        In accordance with the above, IT IS HEREBY ORDERED that:
4        1. Petitioner's first amended petition for writ of habeas corpus is dismissed with
5  leave to amend within thirty days from the date of this order;
6        2. Petitioner's second amended petition must be filed on the form employed by
7  this court and must state all claims and prayers for relief on the form.  It must bear the case
8  number assigned to this action and must bear the title "Second Amended Petition";
9        3. The Clerk of the Court is directed to send petitioner the form for habeas corpus
10 application; and
11       4. Petitioner's January 25, 2007 motion to file supplemental points and
12 authorities in support of petition for writ of habeas corpus is denied as unnecessary.
13 DATED: March 12, 2007.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:9
some1454.115(2)