IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH SOMERS

        Petitioner,                        No. CIV S-05-1454 LKK DAD P

        vs.

TERESA A. SCHWARTZ, Warden,

        Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed a motion for clarification, asking the court whether he is required to use the court-provided habeas form. The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. See Rule 2(c), Rules Governing § 2254 Cases. As the Advisory Committee Notes emphasize, "Administrative convenience, of benefit to both the court and the petitioner, results from the use of a prescribed form." If the petition is not filed on the standard form, the petition "must substantially follow" the form appended to the Federal Rules Governing § 2254 Cases or a form prescribed by a local district-court rule. See Rule 2(d), Rules Governing § 2254 Cases. Petitioner's first amended habeas petition filed on May 30, 2006 does not substantially follow any federal habeas petition form. Moreover, since filing the first amended habeas petition, petitioner has filed a 64-page "first amended memorandum of points and

1

1  authorities" and an additional 24-page "supplemental points and authorities."  This court has
2  granted petitioner leave to file a second amended petition that complies with the Rules
3  Governing § 2254 Cases and that incorporates petitioner's additional points and authorities.  In
4  accordance with this court's March 13, 2007 order, petitioner has until April 13, 2007 to file a
5  second amended petition.

6              IT IS SO ORDERED.

7  DATED: March 27, 2007.

                                                  */s/ Dale A. Drozd*
                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:9
some1454.msc