IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH SOMERS

     Petitioner,                 No. CIV S-05-1454 LKK DAD P

     vs.

TERESA A. SCHWARTZ, Warden,

     Respondent.              <u>ORDER</u>

_____/

     Petitioner, a state prisoner proceeding through counsel, has requested an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Petitioner's July 9, 2007 request for an extension of time is granted; and

     2. Petitioner is granted thirty days to and including August 8, 2007, in which to file an opposition to respondent's motion to dismiss. Respondent's reply, if any, shall be filed in accordance with Local Rule 78-230(d).

DATED: July 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
some1454.111