IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SOMERS,<br><br>           Petitioner,<br><br>vs.<br><br>KATHLEEN DICKINSON, Warden (A),<br>California Substance Abuse Treatment<br>Facility and State Prison, Corcoran,<br><br>           Respondent. | No. 2:05-cv-01454-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 51] |

At Docket No. 51 Petitioner Keith Somers, a state prisoner appearing *pro se*, filed a Motion for Permission to File Belated Notice of Appeal. Final judgment was entered in this case on April 8, 2010. Somers filed his motion on October 14, 2010, more than 180 days after the entry of judgment. Accordingly, this Court lacks authority to either extend or reopen Somers's time to file a notice of appeal.[1]

---

[1] Fed. R. App. P. 4(a) provides in relevant part:
(5) **Motion for Extension of Time.**
    (A) The district court may extend the time to file a notice of appeal if:
        (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
        (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.
    (B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.

(continued...)

**IT IS THEREFORE ORDERED THAT** the Motion for Permission to File Belated Notice of Appeal at Docket No. 51 is **DENIED**, without prejudice to renewal before the Court of Appeals.

Dated: October 27, 2010.

/s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge

---

[1](...continued)
  (C) No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later.
(6) **Reopening the Time to File an Appeal.** The district court may reopen the time to file an appeal for a period of 14 days after the date when its order to reopen is entered, but only if all the following conditions are satisfied:
  (A) the court finds that the moving party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of the judgment or order sought to be appealed within 21 days after entry;
  (B) the motion is filed within 180 days after the judgment or order is entered or within 14 days after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of the entry, whichever is earlier; and
  (C) the court finds that no party would be prejudiced.